JEANNE DE NAULT, Appellant, *v.* FRIEDMAN & COMPANY, INC., Respondent, Impleaded with Others.

(Argued November 27, 1935; decided December 13, 1935.)

*Aaron Lipper* and *Walter J. Keeley* for appellant.

*Harold E. Blodgett* and *Howard Murrin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.